[No. 10976–3–III.   Division Three.   March 26, 1991.]

PAUL STALDER, ET AL, *Appellants,* v. STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,
*Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 89–2–01267–6, Heather Van Nuys, J., entered July 5, 1990. *Reversed* by unpublished opinion per Munson, J., concurred in by Shields, A.C.J., and Thompson, J.

[No. 11159–8–III.   Division Three.   March 26, 1991.]

*In the Matter of the Personal Restraint of*
JOHN DOUGLAS HUFFMAN, *Petitioner.*

Petition for relief from personal restraint. *Remanded* by unpublished per curiam opinion.

[No. 12839–0–II.   Division Two.   March 28, 1991.]

LEMAN A. PARO, *Appellant,* v. THE DEPARTMENT
OF RETIREMENT SYSTEMS, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 87–2–01487–3, J. Dean Morgan, J., entered April 14, 1989. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.

[No. 13228–1–II.   Division Two.   March 28, 1991.]

*In the Matter of the Marriage of* MARK EDWARD MORROW,
*Appellant, and* JONI ANN MORROW,
*Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 88–3–01168–8, John N. Skimas, J., entered August 25, 1989. *Affirmed as modified* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Morgan, JJ.